BENIGNO TRIGO GONZÁLEZ, peticionario, *v.* TRIBUNAL SUPERIOR DE PUERTO RICO, SALA DE RELACIONES DE FAMILIA, HON. CHARLES H. JULIÁ, JUEZ, demandado; ROSARIO FERRÉ RAMÍREZ DE ARELLANO, interventora.

*Número:* O-73-224      *Resuelto:* 4 de septiembre de 1973

*Amancio Arias Cestero,* abogado del peticionario; *Abraham Díaz González* y *Francisco Parra Toro,* abogados de la interventora.

PER CURIAM: El peticionario presentó demanda de divorcio por las causales de trato cruel e injurias graves. Como causa de acción, expuso lo siguiente:

"Desde hace algún tiempo la demandada comenzó a tratar cruelmente e injuriar gravemente al demandante, quien no obstante los actos persistentes y contínuos de la demandada, en su ferviente deseo de evitar la disolución de su hogar, realizó gestiones de todo género para que ésta desistiera de su conducta con resultados totalmente infructuosos. Últimamente el proceder de la demandada, ha llegado a extremo tal que imposibilita al demandante el continuar la vida marital con ella."

La demandada, Rosario Ferré, solicitó la desestimación de la demanda alegando que la misma no aducía hechos constitutivos de una causa de acción. En 18 de mayo de 1973 el tribunal de instancia emitió una orden declarando con lugar dicha moción de desestimación, exponiendo como fundamento de dicha orden que la demanda no alega hechos específicos de trato cruel.

De dicha orden recurrió ante nos mediante *certiorari* el peticionario y en 25 de junio de 1973 expedimos la siguiente resolución:

"Vista la solicitud de certiorari y los documentos que acompañan a la misma, se le requiere a la demandada en el caso civil número RF-73-1360, que comparezca a mostrar causa, si alguna tuviere, dentro del término de 10 días por la cual no se deba expedir el auto solicitado, y una vez expedido, dejar sin efecto la resolución recurrida y en su lugar dictar otra declarando sin

lugar la moción para desestimar presentada por dicha demandada."

Habiendo comparecido la demandada en el caso civil RF-73-1360 y habiendo este Tribunal examinado su comparecencia por escrito, *se expedirá el recurso solicitado, se dejará sin efecto la orden recurrida de 18 de mayo de 1973 y se declarará sin lugar la moción para desestimar presentada por la demandada.*

El Juez Asociado, Señor Martínez Muñoz, no intervino.